ACCEPTED
15-25-00134-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/10/2025 3:49 PM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. 2023-11-35269-CV**

| | | |
|---|---|---|
| SOUTHWEST TEXAS JUNIOR COLLEGE, | § § § | IN THE DISTRICT COURT OF |
| | | FILED IN<br>15th COURT OF APPEALS<br>AUSTIN, TEXAS<br>9/10/2025 3:49:22 PM<br>CHRISTOPHER A. PRINE<br>CLERK |
| *Plaintiff,* | § § | |
| v. | § § | UVALDE COUNTY, TEXAS |
| | § | |
| TEXAS ASSOCIATION OF SCHOOL BOARDS RISK MANAGEMENT FUND, | § § § § | |
| | § | |
| *Defendant.* | § | 38TH JUDICIAL DISTRICT |

**PLAINTIFF SOUTHWEST TEXAS JUNIOR COLLEGE'S
DESIGNATION OF SUPPLEMENTAL CLERK'S RECORD**

Plaintiff, Southwest Texas Junior College ("The College"), files this its designation of items to be included in the Clerk's Record to be prepared in connection with the appeal from the order signed July 30, 2025.

The College's notice of appeal was filed on August 15, 2025, with the Fifteenth Court of Appeals in Austin, Texas.

The College is requesting the following documents to be included in the clerk's record. This list includes all items required by TEX. R. APP. P. 34.5 (a).

| No. | Description | Filing Date |
|---|---|---|
| 1 | Order Granting in Part and Denying in Part Defendant's Partial Plea to the Jurisdiction | July 30, 2025 |
| 2 | Southwest Texas Junior College's Notice of Interlocutory Appeal | August 18, 2025 |
| 3 | Designation of Supplemental Clerk's Record | August 25, 2025 |

FILED
8/25/2025 11:33 PM

Christina Ovalle, District Clerk
Uvalde County, TX
By Karen Garza

In accordance with Texas Rules of Appellate Procedure 35.3(a), the College agrees to pay for the preparation of the Clerk's Record upon being informed by the Clerk of the amount owed for the record.

Respectfully submitted,

*/s/ Preston J. Dugas III*
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Andrew D. Spadoni
State Bar No. 24109198
aspadoni@dcclawfirm.com
Sarah Arroyo
State Bar No. 24138756
sarroyo@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
Telephone:    (817) 817-7000
Facsimile:    (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025 a true and correct copy of the foregoing was served on all counsel of record pursuant to Texas Rule of Civil Procedure 21(a), as follows:

*via e-serve*
Jack W. Higdon
Jack.higdon@blankrome.com
Gregory J. Moore
Greg.moore@blankrome.com
Christopher W. Caudill
Christopher.caudill@blankrome.com

**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, Texas 77002-2727

Telephone: (713) 228-6601
Facsimile:  (713) 228-6605

**ATTORNEYS FOR DEFENDANT**

*/s/ Preston J. Dugas III*
Preston J. Dugas III

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jen Saenz on behalf of Preston Dugas
Bar No. 24050189
jen@pjdlawfirm.com
Envelope ID: 104831351
Filing Code Description: No Fee Documents
Filing Description: Plaintiff Southwest Texas Junior College's Designation of Supplemental Clerk's Record
Status as of 8/26/2025 7:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Preston Dugas III | | pdugas@dcclawfirm.com | 8/25/2025 11:33:54 PM | SENT |
| Clarissa MRodriguez | | cmrodriguez@rampagelaw.com | 8/25/2025 11:33:54 PM | SENT |
| Jennifer Saenz | | jsaenz@dcclawfirm.com | 8/25/2025 11:33:54 PM | SENT |
| Vincent PCircelli | | vcircelli@dcclawfirm.com | 8/25/2025 11:33:54 PM | SENT |
| Barry Abrams | | barry.abrams@blankrome.com | 8/25/2025 11:33:54 PM | SENT |
| Jack Higdon | | jack.higdon@blankrome.com | 8/25/2025 11:33:54 PM | SENT |
| Joshua Huber | | josh.huber@blankrome.com | 8/25/2025 11:33:54 PM | SENT |
| Penny Johnson | | penny.johnson@blankrome.com | 8/25/2025 11:33:54 PM | SENT |
| Kimberley Valdez | | kvaldez@rampagelaw.com | 8/25/2025 11:33:54 PM | SENT |
| Lori Hanson | | lwhanson@rampagelaw.com | 8/25/2025 11:33:54 PM | SENT |
| Liniuse Umunna | | Liniuse.Umunna@blankrome.com | 8/25/2025 11:33:54 PM | SENT |
| Andrew Spadoni | | aspadoni@dcclawfirm.com | 8/25/2025 11:33:54 PM | SENT |
| Sarah Arroyo | | sarroyo@dcclawfirm.com | 8/25/2025 11:33:54 PM | SENT |
| Christopher W.Caudill | | Christopher.Caudill@BlankRome.com | 8/25/2025 11:33:54 PM | SENT |
| Gregory J.Moore | | Greg.Moore@BlankRome.com | 8/25/2025 11:33:54 PM | SENT |
| Yvette Manzano | | yvette.manzano@blankrome.com | 8/25/2025 11:33:54 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jen Saenz on behalf of Preston Dugas
Bar No. 24050189
jen@pjdlawfirm.com
Envelope ID: 105462201
Filing Code Description: Letter
Filing Description: Plaintiff Southwest Texas Junior College's Designation of Supplemental Clerk's Record
Status as of 9/10/2025 3:53 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Barry Abrams | | barry.abrams@blankrome.com | 9/10/2025 3:49:22 PM | SENT |
| Jack Higdon | | jack.higdon@blankrome.com | 9/10/2025 3:49:22 PM | SENT |
| Joshua Huber | | josh.huber@blankrome.com | 9/10/2025 3:49:22 PM | SENT |
| Penny Johnson | | penny.johnson@blankrome.com | 9/10/2025 3:49:22 PM | SENT |
| Gregory J.Moore | | Greg.Moore@BlankRome.com | 9/10/2025 3:49:22 PM | SENT |
| Preston J.Dugas III | | pdugas@dcclawfirm.com | 9/10/2025 3:49:22 PM | SENT |
| Vincent P. Circelli | | vcircelli@dcclawfirm.com | 9/10/2025 3:49:22 PM | SENT |
| Andrew D. Spadoni | | aspadoni@dcclawfirm.com | 9/10/2025 3:49:22 PM | SENT |
| Sarah Arroyo | | sarroyo@dcclawfirm.com | 9/10/2025 3:49:22 PM | SENT |
| Clarissa Rodriguez | | cmrodriguez@rampagelaw.com | 9/10/2025 3:49:22 PM | SENT |
| Liniuse Umunna | | Liniuse.Umunna@blankrome.com | 9/10/2025 3:49:22 PM | SENT |
| Noorhan Chahal | | noorhan.chahal@blankrome.com | 9/10/2025 3:49:22 PM | SENT |
| Yvette Manzano | | yvette.manzano@blankrome.com | 9/10/2025 3:49:22 PM | SENT |
| Christopher W.Caudill | | Christopher.Caudill@BlankRome.com | 9/10/2025 3:49:22 PM | SENT |